UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIBEL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMING PARTNERS INTERNATIONAL CORPORATION, <br><br> Defendant. | Case No. 09-cv-87-JPG |

# MEMORANDUM AND ORDER

This matter comes before the Court on defendant Gaming Partners International Corporation's Motion to Dismiss Counts I and II of the Amended Complaint (Doc. 20), which was filed on April 24, 2009. Pursuant to Local Rule 7.1(c), plaintiff Sibel Products, Inc.'s response was due 30 days after the motion to dismiss was filed, but 30 days have passed and plaintiff has not responded. The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** plaintiff Sibel Products, Inc. to **SHOW CAUSE** on or before July 17, 2009, why the Court should not construe its failure to timely respond to the motion to dismiss as an admission of the merits of the motion and dismiss Counts I and II against defendant Gaming Partners International Corporation.

**IT IS SO ORDERED.**
**DATED: June 30, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**