UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIBEL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMING PARTNERS INTERNATIONAL CORPORATION, and GUILFORD MILLS, INC., <br><br> Defendants. | Case No. 09-cv-0087-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion for Preliminary Injunction (Doc. 26) filed by Plaintiff on July 27, 2009. Pursuant to Local Rule 7.1(g), Defendants' response was due ten (10) days after the preliminary injunction was filed, but ten days have passed and Defendants have yet to respond. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(g). Accordingly, the Court hereby **ORDERS** Defendants to **SHOW CAUSE** on or before September 11, 2009, why the Court should not construe their failure to timely respond to the Motion for Preliminary Injunction as an admission of the motion's merits and grant Plaintiff's request.

**IT IS SO ORDERED.**
**DATED: September 1, 2009**

                                             s/ J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **DISTRICT JUDGE**