UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SIBEL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GAMING PARTNERS INTERNATIONAL CORPORATION, GAMING PARTNERS, USA, and GUILFORD MILLS, INC., <br><br> Defendants. | Case No. 09-cv-87-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, the Court having rendered a decision as to some matters, and the parties having agreed to the disposition of others,

IT IS HEREBY ORDERED AND ADJUDGED that all of Plaintiff Sibel Products, Inc.'s ("Sibel") claims against Defendant Gaming Partners International Corporation ("GPIC") are dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that GPIC's counterclaim against Sibel is dismissed with prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that Sibel's claims against Defendant Gaming Partners, USA ("GP-USA"), are dismissed without prejudice.  This judgment is being entered in order to allow the parties to enforce their settlement and the "without prejudice" language shall not allow them to reopen issues resolved by the judgment,

IT IS FURTHER ORDERED AND ADJUDGED that judgment on GP-USA's counterclaim against Sibel for breach of contract is entered in favor of GP-USA and against

Sibel in the amount of $96,433.45 (ninety-six thousand, four hundred and thirty-three dollars and forty-five cents),

    FINALLY, IT IS ORDERED AND ADJUDGED that judgment on Sibel's claim against Defendant Guilford Mills ("Guilford"), Inc. is entered in favor of Guilford and against Sibel.

**DATED: June 14, 2010**

                                    **NANCY ROSENSTENGEL**

                                    **By:s/Deborah Agans,**
                                        **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**